UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEANNA CAROLLO and DIANA J. OWENS,           16 CV 0013 (GLS)(TWD)
on behalf of themselves and all other employees
similarly situated,          **NOTICE OF MOTION**

        **Plaintiffs,**

-against-

UNITED CAPITAL CORP., AFP MANAGEMENT
CORP., and AFP 101 CORP.,

        **Defendants.**
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying declarations of Jamie S. Felsen dated April 13, 2017, the memorandum of law in support of this to disqualify Thomas & Solomon LLP, and all the prior papers and proceedings herein, Defendants, United Capital Corp., AFP Management Corp., and AFP 101 Corp. will move this Court, before the Hon. Therese Wiley Dancks, at the United States District Court, Northern District of New York, James Hanley Federal Building, 100 South Clinton Street, Syracuse, New York 13261, on May 18, 2017 at 10:00 a.m., for an Order disqualifying Thomas & Solomon LLP from representing any Plaintiffs or opt-ins in this case, and for such other and further relief as the Court deems just and proper. A pre-motion conference was held by the Court on March 30, 2017.

Dated: April 13, 2017

        MILMAN LABUDA LAW GROUP PLLC

        /s/ Jamie S. Felsen, Esq.
        Attorneys for Defendants
        3000 Marcus Ave., Suite 3W8
        Lake Success, NY 11042
        (516) 328-8899