## MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

January 20, 2022

**Via ECF**

Hon. David N. Hurd, U.S.D.J.
United States District Court Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

   **RE:**  **Deanna Carollo, et. al. v. United Capital Corp., et. al.**
      **Docket No.: 16-CV-0013**
      **MLLG File No.: 24-16**

Dear Judge Hurd:

  This firm represents the Defendants in the above-referenced matter.

  Bradley Campbell and Adina Selimovic filed FLSA opt-in notices after the expiration of the deadline. After meeting and conferring, the parties have agreed to exclude Adina Selimovic's late opt-in notice and to allow Bradley Campbell's late opt-in notice. Accordingly, the parties respectfully request that Adina Selimovic's late opt-in notice be stricken.

               Respectfully submitted,

               /s/ Jamie S. Felsen

cc: All Counsel of Record (via ECF)

SO ORDERED.

_____
DAVID N. HURD
United States District Judge
Dated: 1/21/2022
Utica, NY